# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **BLACKFEET HOUSING,** | **CV 13-66-GF-BMM** |
| **Plaintiff,** | **CV 13-79-GF-BMM** |
| **vs.** | **ORDER OF DISMISSAL** |
| **UNITED STATES OF AMERICA, by and through the Bureau of Indian Affairs,** | |
| **Defendants.** | |

Upon consideration of the joint stipulation for dismissal filed by the plaintiff and defendant, IT IS HEREBY ORDERED that all claims of the plaintiff, Blackfeet Housing, against the defendant United States of America, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses. Any remaining scheduling deadlines are vacated, and the Clerk of Court is directed to close this case.

DATED this 2nd day of November, 2016.

_____
Brian Morris
United States District Court Judge